1  ROBERT P. FELDMAN, State Bar No. 69602
   JENNIFER A. OCHS, State Bar No. 174069
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
5  Email:  rfeldman@wsgr.com; jochs@wsgr.com

6  Attorneys for Defendant
   S3 Graphics Co., Ltd.

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  FUZZYSHARP TECHNOLOGIES,          )   CASE NO.:  07-CV-02262-PJH
    INCORPORATED                      )
12                                    )   **STIPULATION AND [~~PROPOSED~~]**
              Plaintiff,              )   **ORDER CHANGING TIME**
13                                    )
          v.                          )
14                                    )
    S3 GRAPHICS CO., LTD.,            )
15                                    )
              Defendant.              )
16                                    )
                                      )
17  _____  )

18

19         Pursuant to Civil Local Rule 6-2, plaintiff Fuzzysharp Technologies Inc. ("Fuzzysharp")

20  and defendant S3 Graphics Co., Ltd., ("S3 Graphics") jointly request an Order extending the

21  time for the initial Case Management Conference, as well as the time within which defendant S3

22  Graphics must Answer or otherwise respond to the Complaint.

23         As set forth in the accompanying Declaration of Jennifer Ochs, the purpose for this

24  extension is to allow the parties to informally exchange documents and to engage in settlement

25  discussions.  The parties believe this extension is in their best interests since it is economical and

26  designed to "secure the just, speedy, and inexpensive determination" of this action, in keeping

27  with the mandate of Fed. R. Civ. P. Rule 1.

28

1    The Case Management Conference in this case is presently scheduled for August 2, 2007

2    at 2:30 pm.  The parties request that the Court reschedule this Conference sixty days later, for a

3    date convenient to the Court's calendar in October 2007.

4    The parties previously stipulated (see docket item #6) that S3 Graphics may answer or

5    otherwise respond to the Complaint on August 1, 2007.  The parties request that this date be

6    extended to October 1, 2007.

7    Since the Court has not yet set a schedule for the case, the requested time modification

8    will have no effect on the schedule.

9

10   SO STIPULATED.

11

12   Dated:  July 18, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
13

14                                            By:    /s/
                                                     Jennifer Ochs
15
                                              Attorneys for Defendant
16                                            S3 Graphics Co., Ltd.

17   Dated:  July 18, 2007
                                              By:    /s/
18                                                   David Fink

19                                            Attorneys for Plaintiff
                                              Fuzzysharp Technologies, Inc.
20

21

22        ATTESTATION PURSUANT TO GENERAL ORDER 45
          I, Jennifer Ochs, attest that concurrence in the filing of this document has been obtained
23   from each of the other signatories.  I declare under penalty of perjury under the laws of the
     United States of America that the foregoing is true and correct.  Executed on July 18, 2007, at
24   Palo Alto, California.

25                                                     /s/
                                                     Jennifer Ochs
26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

2          The date for Defendant S3 Graphics Co., Ltd. to Answer or otherwise respond to the

3    Complaint shall be:  October 1, 2007.

4          The initial Case Management Conference in this case shall be rescheduled to:  October

5    __18__, 2007 at ___2:30___ am/pm.

6

7          Dated: ___7/24/07___

8                                                                                              udge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA