1 David Fink (*pro hac vice*)
 7519 Apache Plume
2 Houston, TX 77071
 Tele. 713 729-4991
3 Fax. 713 729-4951
 litigation@houston.rr.com
4

5 Duncan M. McNeill
 1514 Van Dyke Avenue
6 San Francisco, CA 94124
 Tele. 415 752-5063
7 dmcneill1@netzero.com
 Fed. Bar No. 136416
8
 Attorneys for Plaintiff,
9 FUZZYSHARP TECHNOLOGIES INCORPORATED

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED, | **CIVIL ACTION NO. 07-2262 (PJH)** |
| Plaintiff, | **NOTICE RELATING TO THE SETTLEMENT CONFERENCE FOR DECEMBER 14, 2007 REQUESTING THE ATTENDANCE OF THE PRINCIPAL OF PLAINTIFF TO APPEAR BY TELEPHONE** |
| v. | |
| S3GRAPHICS CO., LTD. | |
| Defendant. | |

This Notice is being sent concerning the Settlement Conference set for December 14, 2007 before Chief Magistrate Judge James Larson. During a telephone call to Chambers, the undersigned attorney was informed that this request should be in the form of a "notice" rather than a "motion".

Dr. Lim is presently residing in Singapore with his family and he is unable to obtain a seat on a flight to San Francisco. Since the Notice of the Settlement Conference was issued, Dr. Lim has contacted several airlines and a travel agent, but Dr. Lim has

**NOTICE RELATING TO THE SETTLEMENT CONFERENCE FOR DECEMBER 14, 2007**
FuzzySharp Technologies, Inc. v. S3 Graphics Co., Ltd. CV 07-2262 (EDL)
1

1  been unsuccessful, and it appears that he is unlikely to attend the Settlement Conference
2  in person.
3      Therefore, Dr. Lim would like to attend the settlement Conference by telephone.
4  The lead attorney for the Plaintiff will be appearing in person.
5      The attorney for the Defendant has informed the undersigned attorney that the
6  Defendant will not oppose the appearance of Dr. Lim by telephone.
7                              Respectfully Submitted

/s/David Fink
David Fink
Attorney for Plaintiff FuzzySharp Technologies
Incorporated

December 7, 2007

IT IS SO ORDERED

Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**NOTICE RELATING TO THE SETTLEMENT CONFERENCE FOR DECEMBER 14, 2007**
FuzzySharp Technologies, Inc. v. S3 Graphics Co., Ltd. CV 07-2262 (EDL)
2