| | |
|---|---|
| DAVID FINK, *pro hac vice* <br> 7519 Apache Plume <br> Houston, TX 77071 <br> Telephone: (713) 729-4991 <br> Facsimile: (713) 729-4951 <br> Email: federallitigation@comcast.net <br><br> ATTORNEYS FOR PLAINTIFF <br> FUZZYSHARP TECHNOLOGIES, INC. | JENNIFER A. OCHS, State Bar No. 174069 <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA 94304-1050 <br> Telephone: (650) 493-9300 <br> Facsimile:  (650) 565-5100 <br> Email:  jochs@wsgr.com <br><br> ATTORNEYS FOR DEFENDANT S3 <br> GRAPHICS CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> S3 GRAPHICS CO., LTD., <br><br> Defendant. | CASE NO.:  07-CV-02262-PJH <br><br> **STIPULATED REQUEST and [~~PROPOSED~~] ORDER CHANGING TIME** |

Pursuant to N.D. Cal. Civil L.R. 6-2, Plaintiff Fuzzysharp Technologies, Inc. ("Fuzzysharp") and Defendant S3 Graphics Co., Ltd. ("S3 Graphics") jointly submit this Stipulated Request and [Proposed] Order Changing Time.

The parties jointly request that the Court extend the deadline set forth in the Court's December 18, 2007 Order of Dismissal by thirty (30) days. The parties have reached an agreement-in-principle but have not been able to finalize the terms of the agreement due to several unexpected delays, including longer-than-anticipated turn-around time in obtaining the necessary review and signatures of parties located in Asia, as well as several intervening

-1-

| | |
|---|---|
| 1 | holidays including the Chinese New Year.  The parties intend to work in good faith to reduce the |
| 2 | settlement to writing and fully expect that they should be able to do so within the next thirty (30) |
| 3 | days.  Since this brief extension is expected to resolve this case fully, its impact on the remainder |
| 4 | of the schedule will be moot. |

Dated: February 18, 2008

By:    /s/
      David Fink

Attorneys for Plaintiff
Fuzzysharp Technologies, Inc.

Dated: February 18, 2008        WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation

By:    /s/
      Jennifer Ochs

Attorneys for Defendant
S3 Graphics Co., Ltd.

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Fink, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 18, 2008, at Houston, TX.

By:    /s/
      DAVID FINK

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 18, 2008

By: _____
PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton