DAVID FINK, *pro hac vice*
7519 Apache Plume
Houston, TX 77071
Telephone: (713) 729-4991
Facsimile: (713) 729-4951
Email: federallitigation@comcast.net

ATTORNEYS FOR PLAINTIFF
FUZZYSHARP TECHNOLOGIES, INC.

JENNIFER A. OCHS, State Bar No. 174069
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:  jochs@wsgr.com

ATTORNEYS FOR DEFENDANT S3
GRAPHICS CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> S3 GRAPHICS CO., LTD., <br><br> Defendant. | CASE NO.:  07-CV-02262-PJH <br><br> **STIPULATED DISMISSAL and [PROPOSED] ORDER** |

    Plaintiff Fuzzysharp Technologies, Inc. and Defendant S3 Graphics Co., Ltd., both parties to the above-entitled action, by and through their respective attorneys, do hereby stipulate to dismiss their respective actions and claims against each other with prejudice, each side to bear its own attorneys' fees, costs, and expenses incurred in connection with the action.

STIPULATED DISMISSAL AND [PROPOSED] ORDER
CASE NO.:  07-CV-02262-PJH

1    Dated:  April 16, 2008

2                                              By:  _____/s/_____
                                                        David Fink

3                                              Attorneys for Plaintiff
                                               Fuzzysharp Technologies, Inc.
4

5

6

7    Dated:  April 16, 2008                   WILSON SONSINI GOODRICH & ROSATI
                                               Professional Corporation
8

9                                              By:  _____/s/_____
                                                        Jennifer Ochs
10

11                                             Attorneys for Defendant
                                               S3 Graphics Co., Ltd.
12

13          ATTESTATION PURSUANT TO GENERAL ORDER 45
            I, Jennifer Ochs attest that concurrence in the filing of this document has been obtained
14   from each of the other signatories.  I declare under penalty of perjury under the laws of the
     United States of America that the foregoing is true and correct.  Executed on April 16, 2008,at
15   Palo Alto, California.

16                                             By:  _____/s/_____
                                                        Jennifer Ochs
17

18          PURSUANT TO STIPULATION, IT IS SO ORDERED.
19

20

21

22

23
                                               IT IS SO ORDERED
     Dated:  _4/25/08 __
24
                                               Judge Phyllis J. Hamilton
25

26

27

28
                                              -2-